# UNITED STATES DISTRICT COURT

# Northern District of California

## San Francisco Division

| | |
|---|---|
| DANIEL LAWRENCE SMITH, | No. C 13-4370 LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | [Re: ECF Nos. 1] |
| JERRY BROWN, Governor; et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, an inmate at the California Rehabilitation Center in Norco, California, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison. The prison is located in Riverside County, within the venue of the Central District of California. The lone named defendant apparently resides in Sacramento County, within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Central District or Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). The Central District is the preferable district because the events and omissions occurred there, and any new defendants that may be named likely will be members of the correctional staff at that prison and reside in that district. Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of

California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: October 10, 2013


_____
LAUREL BEELER
United States Magistrate Judge